BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 12th St. Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Jermaine Tarver

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 06-00755-DLJ |
| Plaintiff, ) | |
| ) | JOINT STIPULATION TO CONTINUE |
| v. ) | JUDGMENT AND SENTENCING; |
| ) | [PROPOSED] ORDER |
| JERMAINE TARVER, ) | |
| ) | Date: July 6, 2007 |
| Defendant. ) | Time: 10:00 a.m |
| ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the SENTENCING HEARING date of July 6, 2007, presently scheduled at 10:00 a.m., before the Honorable D. Lowell Jensen, be vacated and re-set for August 3, 2007, at 10:00 a.m.

The reason for this request is that, due to defense counsel's absence for vacation, additional time is needed for counsel and Mr. Tarver to consult about the draft Presentence Report and comment on it. Officer Constance Cook, United States Probation Office, concurs in this request.

//

- 1 -

1     Exclusion of time is not necessary, as a plea of guilt has been entered in this case.

3 DATED: June 15, 2007

4                                             _____/S/_____
                                                  W. DOUGLAS SPRAGUE for
5                                                   MICHELLE MORGAN-KELLY
                                               Assistant United States Attorneys

7 DATED: 6/15/2007

9                                    _____/S/_____
                                   JOHN PAUL REICHMUTH
                                   Assistant Federal Public Defender

11 I hereby attest that I have on file all holograph signatures for any signatures indicated by a

12 "conformed" signature (/S/) within this e-filed document.

1 | UNITED STATES OF AMERICA VS. JERMAINE TARVER

# ORDER

Upon stipulation of the parties to the above-entitled matter and good cause appearing,

IT IS HEREBY ORDERED that the SENTENCING HEARING date of July 6, 2007, presently scheduled at 10:00 a.m., before the Honorable D. Lowell Jensen, be vacated and re-set for August 3, 2007, at 10:00 a.m.

DATED: June 20, 2007

_____
HON. D. LOWELL JENSEN
UNITED STATES DISTRICT JUDGE